**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>WALTER GARCIA-RUIZ,<br><br>    Defendant | Case No.: 2:22-cr-0136-KJM<br><br>**ORDER** |

Given counsel's withdrawal of the "Motion for Temporary Release" and all its exhibits (ECF No. 64), the court grants the request and directs the Clerk of Court to remove the motion from the docket so that no part of it or its attachments can be viewed by the public.

DATED:  April 28, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE