PHILLIP KRUEGER, ESQ
KRUEGER LEGAL
210 E. CENTER STREET
Manteca, CA 95336
209-565-0750 | 209-239-2910
info@kruegerlegal.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:22-CR-00136-KJM |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER FOR TEMPORARY RELEASE |
| WALTER GARCIA RUIZ, | |
| Defendant | |

The parties to this action, Plaintiff United States of America by and through Assistant United States Attorney Adrian Kinsella and defendant Walter Garcia Ruiz by and through his attorney Fredrick Phillip Krueger, request that the Court issue an order granting Mr. Garcia Ruiz a temporary release from the Butte County Jail on Tuesday, July 15, 2025 from 8:00am to 8:00pm, to attend funeral services for his father, Jesus Roberto Garcia. The period of the temporary release is required to allow roundtrip travel from Butte County to Stockton.

The Funeral services will be held at 2-3p.m at Saint Gertrudes Catholic Church at 1663 E. Main Street Stockton, CA 95206 and from 3-7p.m at the Cano Funeral home at 2164 E. Drive Martin Luther King Jr Blvd.

Walter Garcia Ruiz is charged by indictment with the following violations: Conspiracy to Distribute and to Possess with intent to distribute at least 50 grams of Methamphetamine (Actual), in violation of 21 U.S.C §§846, 841(a)(1) (Count One); Distribution of least 500 grams of Methamphetamine (Count Four); Distribution of least 50

STIPULATION AND ORDER FOR TEMPORARY RELEASE - 1

grams of Methamphetamine (Actual) (Counts Five & Six); Distribution of least 500 grams of Methamphetamine (Count Seven); and four violations of 21 U.S.C § 843(b) – Use of a communication Facility to Facility a Drug Trafficking Offense (Counts Ten, Thirteen, & Fourteen). Mr. Garcia has since pleaded guilty to Count One and is set for sentencing, before United States District Judge Kimberly J. Mueller on July 29, 2025. Mr. Garcia has remained in custody for nearly three years.  During the three years he earned status as a trustee.

The Parties stipulate and agree that Walter Garcia Ruiz be temporally released from the Butte County Jail to the custody of Federal Defender Investigator, Andrew Gawer. Mr. Garcia's activity will be limited to traveling with investigator Gawer from the Butte County Jail to the Funeral Service and Burial. Investigator Gawer will escort Mr. Garcia to the Funeral ceremony/Burial and remain with him until his return to the Butte County Jail. The funeral ceremony for Jesus Roberto Garcia will be at 1663 E. Main Street Stockton, CA 95206, and burial will be at 2164 E. Drive Martin Luther King Jr. Blvd. Any incidental stops shall be approved by the Assistant U.S Attorney.

//

//

//

//

//

STIPULATION AND ORDER FOR TEMPORARY RELEASE - 2

Assistant U.S Attorney Adrian Kinsella has reviewed this proposed order and authorized Fredrick Phillip Krueger via email to sign on his behalf. The parties have conferred with the assigned Probation Officer, who stated she takes no position on the request and defers to the Court.

Dated: July 14, 2025                              /s/ *Phillip Krueger.*
                                                  Phillip Krueger, Esq.
                                                  Counsel for Defendant

Dated: July 14, 2025                              /s/ *Adrian T. Kinsella*
                                                  Assistant United States Attorney

STIPULATION AND ORDER FOR TEMPORARY RELEASE - 3

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, and good cause appearing to exists, the Court orders the following:

1. Walter Garcia (ID 186686) shall be released from the Butte County Jail on a "Temporary Out" on July 15th, 2025, at 8:00 a.m., to the Temporary custody of Defense Investigator Andrew Gawer who has agreed to function as third-party custodian.

2. Upon temporary release, Walter Garcia shall remain with the third-party custodian while traveling from the Butte County Jail to the Funeral Ceremony for Jesus Roberto Garcia at Saint Gertrude Catholic Church at 1633 E. Main Street Stockton, CA 95206, and burial at Cano Funeral Home 2164 E. Drive Martin Luther King Jr. Blvd Stockton, CA 95205 for Jesus Roberto Garcia.

3. Investigator Andrew Gawer shall return Walter Garcia to the Butte County Jail by 8:00 p.m. the same day, Tuesday, July 15, 2025.

DATED: July 14, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER FOR TEMPORARY RELEASE - 4