UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>WALTER GARCIA RUIZ,<br><br>    Defendant | Case No.: 2:22-CR-00136-KJM<br><br>**ORDER FOR TEMPORARY RELEASE OF<br>PERSON IN CUSTODY** |

TO: UNITED STATES MARSHAL:

    This is to authorize and direct you to release **WALTER GARCIA RUIZ** Case No: 2:22-CR-00136-KJM Charges U.S.C §846, §841(a)(1) from custody for the following reasons:

    \_\_\_\_\_ Release on Personal Reorganization

    \_\_\_\_\_ Bail Posted in the Sum of $ _____

        _____ Unsecured Appearance Bond $ _____

        _____ Appearance Bond with 10% Deposit

        _____ Appearance Bond with Surety

        _____ Corporate Surety Bail Bond

        \_\_X\_\_ Other: **Defendant will be temporarily released Tuesday, 07/15/2025 from 8:00a.m to 8:00p.m to the custody of Investigator Andrew Gawer. Investigator Gawer will escort Mr. Garica to the funeral/burial of Jesus Roberto Garcia and remain with defendant until his return to Butte County Jail.**

Issued at Sacramento, California on July 14, 2025 at 3:00pm

*Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

ORDER FOR TEMPORARY RELEASE OF PERSON IN CUSTODY - 1